MSL/SMW/2016R00738

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 17- 532-RBK |
| v. | : | 18 U.S.C. § 249(a)(1) |
| FRANK NUCERA, JR. | : | |

### CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL FOR CIVIL RIGHTS

I, John M. Gore, hereby certify prosecution by the United States of FRANK NUCERA, JR., for violating Title 18, United States Code, Section 249(a)(1), by willfully causing bodily injury to Victim 1 on or about September 1, 2016, because it is in the public interest and necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, Section 249(b)(1)(D).

Signed the 15th day of October, 2017.

_____
John M. Gore
Acting Assistant Attorney General
Civil Rights Division
Department of Justice