UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

September 20, 2019
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** CARL NAMI, JR.

**Docket #** CR 1:17-532 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
vs.
FRANK NUCERA
   DEFENDANT PRESENT

**APPEARANCE:**
Molly Lorber, AUSA, and Joseph Gribko, AUSA, for the Government.
Rocco Cipparone, Esq., for Defendant.

**NATURE OF PROCEEDINGS:** JURY TRIAL

Trial w/jury continued before the Honorable Robert B. Kugler.
Jury present.
Molly Lorber, AUSA, provided opening remarks for Government.
Rocco Cipparone, Esq., provided opening remarks for Defendant.
Brian Pesce affirmed for Government.
Terri Cowen affirmed for Government.

Ordered trial w/jury adjourned to September 23, 2019 at 9:00AM.

Time commenced:  9:00AM     Time Adjourned: 1:50PM    Total Time: 4:50

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**