UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR #17-532 |
| vs. | ) ) | ORDER |
| FRANK NUCERA, JR. | ) ) ) | |
| Defendant | ) | |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until **April 30, 2020**.

IT IS SO ORDERED.

Dated this __11th__ day of __October__, 20_19_.

BY THE COURT:

_____
Hon. Robert B. Kugler, U.S. D.J.
United States District Court