UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:                                          DATE OF PROCEEDINGS:  10/11/19

JUDGE: Robert B. Kugler

COURT REPORTER: Carl Nami, Jr.

OTHERS:                                                 DOCKET NO.  CR #17-532

TITLE OF CASE:

UNITED STATES OF AMERICA
         v.
FRANK NUCERA, JR.

APPEARANCES:
Molly Selzer Lorber, AUSA for Gov.'t.
R. Joseph Gribko, AUSA for Gov.'t.
Rocco C. Cipparone, Jr., Esq. for deft.
(Deft.Present)

NATURE OF PROCEEDINGS:  TRIAL W/JURY CONTINUED BEFORE THE HON. ROBERT B. KUGLER, U.S.D.J.

ORDERED LUNCH PROVIDED TO THE JURORS @ THE EXPENSE OF THE U.S.

Jury resumed deliberations @ 9:40 AM.
Jury returned to Courtroom @ 11:05 AM for further instructions.
Jury retired to resume deliberations @ 11:10 AM.
ORDERED jury note C-13 filed.
ORDERED jury note C-15 filed under seal.

Hearing on application by deft. for a mistrial as to Counts 1 & 2. ORDERED application GRANTED.

ORDERED jurors DISCHARGED; jurors DISCHARGED.
TRIAL W/JURY ADJOURNED @ 12:30 pm.

                                        s/Barbara Fisher
                                          Deputy Clerk
Time Commenced: 9:40 AM   Time Adjourned: 12:30 PM   Total Time:  2hr. 50 min.