UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Honorable Robert B. Kugler |
| v. : | Criminal No. 17-532 (RBK) |
| : | |
| FRANK NUCERA, JR. : | VERDICT SHEET |
| Defendant | |

**COUNT ONE**

With respect to Count One, which charges Defendant Frank Nucera, Jr. with willfully causing bodily injury to Timothy Stroye because of the actual or perceived race of Timothy Stroye on or about September 1, 2016, in violation of Title 18, United States Code, Section 249, Section (a)(1), we, the unanimous jury, find:

Defendant Frank Nucera, Jr.:

NOT GUILTY _____   GUILTY _____

*Proceed to the next count*

## Count II

With respect to Count Two, which charges Defendant Frank Nucera, Jr., while acting under color of law as the Chief of the Bordentown Township Police Department, with willfully depriving Timothy Stroye of a right secured and protected by the United States Constitution and laws of the United States, that is, the right to be free from the use of unreasonable and excessive force by one acting under color of law, on or about September 1, 2016, in violation of Title 18, United States Code, Section 242, Section 2, we, the unanimous jury, find:

Defendant Frank Nucera, Jr.:

    NOT GUILTY _____   GUILTY _____

2(A). If the answer to Part 1 is Guilty, please indicate the nature of the assault. With regard to the violation charged in Count Two, we, the unanimous jury, find beyond a reasonable doubt that the offense

    Did _____     Did Not _____

result in bodily injury to Timothy Stroye.

*Please proceed to the next count*

## Count III

With respect to Count Three, which charges Defendant Frank Nucera, Jr. of on or about December 22, 2016 willfully making a statement or representation that was both material and false, fictitious, or fraudulent in a matter within the jurisdiction of the government of the United States, in violation of Title 18, United States Code, Section 1001, we, the unanimous jury, find:

Defendant Frank Nucera, Jr.

NOT GUILTY _____   GUILTY __X__

DATE: 10/9/19

_____
SPOKESPERSON