NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Criminal No. 17-532 (RBK) |
| v. | : **ORDER** |
| FRANK NUCERA, JR., | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon on Defendant Frank Nucera, Jr.'s Motion (Doc. No. 139) to vacate his conviction on Count III of the Indictment and to seal the record as to the names of the jurors; and the Court having considered the moving papers and arguments of counsel; and for the reasons expressed on the record at the hearing on January 29, 2020

**IT IS HERBY ORDERED** that Defendant's Motion is **DENIED;** and

**IT IS FURTHER ORDERED** that Defendant shall file unredacted versions of his moving papers on or before February 5, 2020.


Dated: 1/29/2020                                         /s/ Robert B. Kugler
                                                         ROBERT B. KUGLER
                                                         United States District Judge