DNJ-Cr-023 (09/2017)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 JAN 31 P 12: 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Defendant(s). | Criminal No. 17 CR 532<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>(Requestor Not Represented by Counsel) |

I, **Melanie L. Burney**, wish to obtain a copy of the sentencing materials submitted to the Court on **1/3/2020** in this case as to defendant, **Frank N. Nucera Jr.**. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: MBURNEY@inquirer.com
Address: 309 Fellowship Rd
Mt. Laurel, NJ 08054
The Philadelphia Inquirer

By: *Melanie L. Burney*