

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| CRAIG CARPENITO<br>United States Attorney | CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE<br>401 Market Street, 4th Floor<br>Post Office Box 2098<br>Camden NJ  08102 | 856/757-5026<br>Fax: 856/968-4917 |

December 8, 2020

Hon. Robert B. Kugler
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:   <u>United States v. Frank Nucera, Jr.</u>
              <u>Crim. No. 17-532 (RBK)</u>

Dear Judge Kugler:

      In response to the Court's December 8, 2020 letter to counsel (Doc. No. 164), please be advised that the government has complied with the Requests for Disclosure (Doc. Nos. 146 and 148). After conferring with defense counsel in accordance with the protocol governing sentencing memoranda, on Friday, March 6, 2020 the government emailed a redacted copy of the government's sentencing memorandum to each requestor. There are no further materials to supply at this time, as the defense has not yet submitted a sentencing memorandum.

                                  Respectfully submitted,

                                  CRAIG CARPENITO
                                United States Attorney

                                By: MOLLY S. LORBER
                                R. JOSEPH GRIBKO
                                Assistant U.S. Attorneys

cc:  Rocco C. Cipparone, Jr., Esq.