UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**　　　　　　　　　　　　　April 8, 2021
　　　　　　　　　　　　　　　　　　　　　　**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**　　CARL NAMI, JR.

**Other(s)**_____

　　　　　　　　　　　　　　　　　　　　　　**Docket #**   CR 1:17-532-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
　　　　　vs.
FRANK NUCERA, JR.
　　　　　DEFENDANT NOT PRESENT

**APPEARANCE:**
Molly Lorber, AUSA, and Joseph Gribko, AUSA, for USA
Rocco Cipparone, Esq., for Defendant

**NATURE OF PROCEEDINGS:**　　TELEPHONE STATUS CONFERENCE


**DISPOSITION:**
Defendant waives presence at status conference.
Telephonic status conference held on the record.
Ordered sentencing hearing reset for May 13, 2021 at 9:30AM in Courtroom 4D


Time commenced: 9:30AM　　　Time Adjourned:　9:40AM　　　Total Time: 0:10

　　　　　　　　　　　　　　　　　　　　　　<u>Lawrence MacStravic</u>
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

**cc: Chambers**