UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

September 15, 2021
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** CAMILLE PEDANO

**Other(s)**_____

**Docket #** CR 1:17-532-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
vs.
FRANK NUCERA, JR.
DEFENDANT PRESENT

**APPEARANCE:**
Molly Lorber, AUSA, and Joseph Gribko, AUSA, for USA
Rocco Cipparone, Esq., for Defendant

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

**DISPOSITION:**
Status conference held on the record.
Ordered jury selection and trial set for November 8, 2021 at 9:00AM.
Court conducted Frye colloquy with defendant.

Time commenced: 3:15PM       Time Adjourned: 3:40PM       Total Time: 0:25

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**