UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

October 28, 2021
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** CAMILLE PEDANO

**Other(s)**_____

**Docket #** CR 1:17-532-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
       vs.
FRANK NUCERA, JR.
        DEFENDANT PRESENT

**APPEARANCE:**
Molly Lorber, AUSA, and Joseph Gribko, AUSA, for USA
Rocco Cipparone, Esq., for Defendant

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record.

Time commenced: 10:15AM     Time Adjourned: 10:45AM     Total Time: 0:30

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**