## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

November 9, 2021
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   CAMILLE PEDANO

**Docket #**   CR 1:17-532 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
FRANK NUCERA
            DEFENDANT PRESENT

**APPEARANCE:**
Molly Lorber, AUSA, and Joseph Gribko, AUSA, for the Government.
Rocco Cipparone, Esq., for Defendant.

**NATURE OF PROCEEDINGS:**   JURY SELECTION - CONTINUED

Trial w/jury continued before the Honorable Robert B. Kugler.
Ordered lunch to be provided to jury venire at government expense.
Voir dire of jury continued.
Recess 12:30PM – 1:15PM
Voir dire of jury continued.

Ordered trial w/jury adjourned to November 10, 2021 at 9:30AM.

Time commenced:   9:30AM        Time Adjourned: 4:15PM         Total Time: 6:00

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**