UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

December 21, 2021
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   SHARON RICCI

**Other(s)**_____

**Docket #**   CR 1:17-532-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
              vs.
FRANK NUCERA, JR.
          DEFENDANT NOT PRESENT

**APPEARANCE:**
Molly Lorber, AUSA, and Joseph Gribko, AUSA, for USA
Rocco Cipparone, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   TELEPHONE STATUS CONFERENCE

Telephonic status conference held on the record.


Time commenced: 11:00AM     Time Adjourned: 11:05AM     Total Time: 0:05

                                              Lawrence MacStravic
                                              DEPUTY CLERK

**cc: Chambers**