UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

January 11, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** SHARON RICCI

**Other(s)**_____

**Docket #** CR 1:17-532-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
　　　　vs.
FRANK NUCERA, JR.
　　　DEFENDANT NOT PRESENT

**APPEARANCE:**
Molly Lorber, AUSA, and Joseph Gribko, AUSA, for USA
Rocco Cipparone, Esq., for Defendant

**NATURE OF PROCEEDINGS:** TELEPHONE STATUS CONFERENCE

Telephonic status conference held on the record.
Ordered defendant's [246] letter-request to extend time to surrender granted.
Order to be entered.

Time commenced: 4:00PM   Time Adjourned: 4:10PM   Total Time: 0:10

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**