NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Crim. No. 17-532 (RBK) |
| v. | **ORDER** |
| FRANK NUCERA, JR., | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant Frank Nucera's letter requesting that the Court postpone Mr. Nucera's self-surrender date to the U.S. Bureau of Prisons from January 19, 2022 to April 30, 2022 (ECF No. 246); and for the reasons expressed on the record during the hearing on January 11, 2022,

**IT IS HEREBY ORDERED** that Defendant's request (ECF No. 246) is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant surrender for service of sentence to the institution designated by the U.S. Bureau of Prisons on April 30, 2022.

Dated: 01/12/2022

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge