FROM:
RONALD GILLHAUS
1045 HARDING STREET
WESTFIELD
NEW JERSEY
07090

19082323918

To Federal District Judge Robert Kugler:

Frank Lucera Shouldn't Be In Jail Or Threatened With Jail. Blacks From Neighboring Trenton Went Into Town Stole, Robbed And Committed Violent Crimes.

I Told Tom Chambers That If You Drove Me Both Ways, Or Paid For Car Service, I Would Meet With You.

Cop In Westfield Was Accused Of Similar Accusations, I Read Newspaper Articles Which Stated He Was Polite.

Frank Lucera Is No Less Deserving Of His Pension, Retired Health Care Benefits Than Other Retired New Jersey Cops.

We Could Use Frank Lucera In Westfield, Which Again Reports Of Blacks Coming To Westfield And In Fact Committing Crimes.

Many Towns Could Use Frank Lucera, Who Should Be The Chief Of Police In Many New Jersey Towns That Such As Westfield Suffer Crimes From Newark, Irvington, Plainfield, Jersey City, Teaneck, Etc.

Violent Crime Has Increased More Than 40% Since Philip Denton Murphy Became New Jersey Governor, Who Repeatedly Violates Many United States Supreme Court Decisions, As Do New Jersey Democrat State Legislators And Acting New Jersey State Attorney General Matt Platkin.

I've Serious Concerns About Trenton, New Jersey Police Being Investigated By Extremist Liberal United States Attorney In Newark Philip Sellinger — Out Of His Jurisdiction.

Ronald Gillber
1045 Hanley Street
Westfield
New Jersey
07090

Chambers Of Federal District Judge Robert Kyler
U.S. Courthouse,
4TH And Cooper Streets
Camden
New Jersey
08101

RECEIVED
OCT 26 2023
AT 8:30 _____ M
CLER_, _____ -DNJ